IN THE UNITED STATES COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| BRIAN F. HYNES, VENDOR ASSISTANCE PROGRAM LLC, BLUE STONE FINANCE, LLC, GREYSAND FINANCE, LLC, AND GREYSAND CAPITAL, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>FORDE & O'MEARA LLP, MICHAEL K. FORDE, LEONARD TRIAL LAWYERS LLC, AND MICHAEL I. LEONARD,<br><br>Defendants. | CIV. NO. 23-1140 (SCC) |

**ORDER**

On March 15, 2024, Magistrate Judge Marshal D. Morgan issued a Report and Recommendation ("R&R") regarding Defendants' Motions to Dismiss at Docket Nos. 57 and 58. *See* Docket No. 74.

Upon review of the R&R, and because no objections were filed by the prescribed deadline, to wit, March 25, 2024, the Court hereby **ADOPTS** the R&R in its entirety. The instant case is hereby **TRANSFERRED** to the United States District Court for the Northern District of Illinois**.**

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 26th day of March 2024.

S/ SILVIA CARREÑO-COLL
UNITED STATES DISTRICT COURT JUDGE