UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRIAN F. HYNES; VENDOR ASSISTANCE PROGRAM, LLC; BLUE STONE FINANCE, LLC; BLUESTONE CAPITAL MARKETS, LLC; GREYSAND FINANCE, LLC; and GREYSAND CAPITAL, LLC;<br><br>Plaintiffs,<br><br>v.<br><br>FORDE & O'MEARA LLP; MICHAEL K. FORDE; LEONARD TRIAL LAWYERS LLC; and MICHAEL I. LEONARD;<br><br>Defendants. | Case No: 1:24-cv-02467<br><br>Hon. Jorge L. Alfonso |

### JOINT STATUS REPORT

For their Joint Status Report, the parties, by and through their respective counsel, hereby jointly present the following:

**I.  Pleadings Status**

On June 10, 2024, Plaintiffs filed a Second Amended Verified Complaint (Dkt. #89), asserting the following causes of action:

| Count | Cause of Action | Parties at Issue |
|---|---|---|
| I | Defamation *Per Se* | Plaintiffs vs. Forde |
| II | Defamation *Per Quod* | Plaintiffs vs. Forde |
| III | False Light Invasion of Privacy | Plaintiffs vs. Forde |
| IV | Tortious Interference with Business Expectancy | Plaintiffs vs. Forde |
| V | Defamation *Per Se* | Plaintiffs vs. Leonard |
| VI | Defamation *Per Quod* | Plaintiffs vs. Leonard |
| VII | False Light Invasion of Privacy | Plaintiffs vs. Leonard |
| VIII | Tortious Interference with Business Expectancy | Plaintiffs vs. Leonard |
| IX | Civil Conspiracy | Plaintiffs vs. Forde and Leonard |
| X | *Respondeat Superior* | Plaintiffs vs. Forde & O'Meara LLP |
| XI | *Respondeat Superior* | Plaintiffs vs. Leonard Trial Lawyers LLC |

Defendants request that the Court grant them until July 22, 2024, to respond to the Second Amended Complaint. Plaintiffs have no objection to this request.

**II.      Discovery Status**

In the Minute Entry entered on April 24, 2024 (Dkt. #88), the Court denied as moot Defendants' Joint Motion to Stay Discovery until the District Court of Puerto Rico ruled on their pending dispositive motions (Dkt. #72). The Court further held that discovery is in abeyance until the parties are at issue.

Now that an amended pleading is on file, the parties agree to exchange Rule 26(a)(1) disclosures within fourteen (14) days after Defendants file their respective responses to the operative complaint.

**III.     Likelihood of Settlement**

After Defendants and their counsel have an opportunity to review and discuss the Second Amended Verified Complaint, the parties will confer to discuss the potential for early resolution. The parties do not request a settlement conference at this time.

Respectfully submitted,

*By Counsel for All Plaintiffs:*

s/ *Ryan B. Jacobson*
Ryan B. Jacobson (ARDC #6269994)
Danessa P. Watkins (ARDC #6314234)
Max B. Goodman (ARDC #6312919)
AMUNDSEN DAVIS, LLC
150 N. Michigan Ave., Suite 3300
Chicago, IL 60601
Direct: (312) 894-3252
rjacobson@amundsendavislaw.com
dwatkins@amundsendavislaw.com
mgoodman@amundsendavislaw.com

*By Counsel for the Forde Defendants:*

s/ *Peter D. Sullivan*
s/ *Terrence P. McAvoy*
Peter D. Sullivan / #6481940
Terrence P. McAvoy / #6196798
Hinshaw & Culbertson LLP
151 North Franklin St., Suite 2500
Chicago, IL 60606
312-704-3000
psullivan@hinshawlaw.com
tmcavoy@hinshawlaw.com

*By Counsel for the Leonard Defendants:*

s/ *Brian J. Riordan*
Brian J. Riordan (Bar I.D. 6237969)
Mitchel D. Torrence
10 South LaSalle Street
Chicago, IL 60603
Tel: 312-855-1010
briordan@clausen.com
mtorrence@clausen.com