## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Brian F Hynes, et al.

                          Plaintiff,

v.                                               Case No.: 1:24−cv−02467
                                                      Honorable Jorge L. Alonso

Forde & O'Meara LLP, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 24, 2024:

      MINUTE entry before the Honorable Jorge L. Alonso: Pursuant to the parties' joint status report, the Court grants the Forde Defendants' unopposed motion for leave to file an overlength memorandum [103]. The Court directs the Forde Defendants to file their motion and memorandum as separate entries on the docket. The Court sets the following briefing schedule: Plaintiffs' response(s) to the Forde Defendants' motion to stay and/or dismiss and to the Leonard Defendants' motion to stay and/or dismiss shall be due 9/3/2024; Defendants' replies in support of their respective motions shall be due 10/1/2024. Plaintiffs are granted leave to file responsive briefs in excess of 15−pages, up to 22 pages each, exclusive of tables of contents, authorities, and exhibits. The status hearing set for 7/25/2024 is stricken and the motion hearing set for 8/6/2024 is stricken. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.