**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| BRIAN F. HYNES; VENDOR ASSISTANCE PROGRAM, LLC; BLUE STONE FINANCE, LLC; BLUESTONE CAPITAL MARKETS, LLC; GREYSAND FINANCE, LLC; and GREYSAND CAPITAL, LLC; | ) | Case No: 1:24-cv-02467 |
| Plaintiffs, | ) | Hon. Georgia N. Alexakis |
| v. | ) | |
| FORDE & O'MEARA LLP; MICHAEL K. FORDE; LEONARD TRIAL LAWYERS LLC; and MICHAEL I. LEONARD; | ) | |
| Defendants. | ) | |

**JOINT STATUS REPORT**

For their Joint Status Report in compliance with this Court's April 1, 2026 Order (Dkt. No. 152),[1] the parties, by and through their respective counsel, hereby jointly present the following:

There are no developments since the last report. The appeal of the *qui tam* action is fully briefed and the parties are still awaiting a date for oral argument. The parties respectfully propose that a joint status report be due in late September, 2026, unless any material updates require an earlier filing.

Respectfully submitted,

*By Counsel for All Plaintiffs:*

*s/ Danessa P. Watkins*
Ryan B. Jacobson (ARDC #6269994)
Danessa P. Watkins (ARDC #6314234)
Max B. Goodman (ARDC #6312919)
AMUNDSEN DAVIS, LLC
150 N. Michigan Ave., Suite 3300

[1] Plaintiffs' counsel apologizes for the tardiness of this Report and takes ownership of the oversight. The Report was agreed to by all parties as of June 30th, and Plaintiffs' counsel advised that her office would handle the filing by the July 1st deadline. On July 6, 2026, defense counsel inquired into the status of the filing, as an ECF notice of the filing had not yet been received. Plaintiffs' counsel consulted with her support staff and learned that there had been an internal miscommunication as to the filing deadline. The representations contained in this Report remain accurate as of the date of this filing.

Chicago, IL 60601
Direct: (312) 894-3376
rjacobson@amundsendavislaw.com
dwatkins@amundsendavislaw.com
mgoodman@amundsendavislaw.com

*By Counsel for the Forde Defendants:*

s/*Peter D. Sullivan*
Peter D. Sullivan / #6481940
Terrence P. McAvoy / #6196798
Barry F. MacEntee / #6275410
HINSHAW & CULBERTSON LLP
151 North Franklin St., Suite 2500
Chicago, IL 60606
312-704-3000
psullivan@hinshawlaw.com
tmcavoy@hinshawlaw.com
bmacentee@hinshawlaw.com

*By Counsel for the Leonard Defendants:*

s/*Mitchel D. Torrence*
Brian J. Riordan (Bar I.D. 6237969)
Mitchel D. Torrence (Bar I.D. 6333470)
CLAUSEN MILLER P.C.
225 W. Randolph St., Suite 700
Chicago, IL 60606
Tel: 312-855-1010
briordan@clausen.com
mtorrence@clausen.com